UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 99-1921-CM (BQRx)                    Date November 24, 1999

Title RONN LUCAS v. TY, INC.

================================================================
DOCKET ENTRY
================================================================

PRESENT:

　　　　Hon. BRIAN QUINN ROBBINS, MAGISTRATE JUDGE

　　　　　Liz Padilla　　　　　　N/A
　　　　Deputy Clerk　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                   N/A

PROCEEDINGS: (IN CHAMBERS)

　　　IT IS HEREBY ORDERED that a hearing is set on December 7, 1999
at 3:00 p.m. on plaintiff's Motion to Compel.

　　　　　　　　　　Initials of Deputy Clerk

cc:　Judge Robbins
　　　Parties of Record

D\DISCMOT.ION\LUCAS.MO