

```
    X  Priority
    __ Send
    __ Clsd
    __ Enter
    __ JS-5/JS-6
    __ JS-2/JS-3
```

FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

RONN LUCAS,  ) Case No. CV 99-1921-CM (BQRx)
             )
     Plaintiffs,  )
v.           ) ORDER
             )
TY, INC.,    )
             )
     Defendants.  )
_____)

After review of the Stipulation filed pursuant to Local Rule 7.15.2, the Court HEREBY ISSUES the following Order.

PLAINTIFF'S REQUEST FOR PRODUCTION

Plaintiff's Request for Production No. 5: Granted in part and denied in part. Defendant shall produce all third party complaints, judgments and initial attorney complaint or claim letters which discuss or refer to the subject matter relevant to this request within fourteen (14) days of the date of this Order. If defendant

asserts a privilege regarding any responsive document defendant shall produce a complete privilege log within fourteen (14) days of the date of this Order.

Plaintiff's Interrogatory No. 15: Granted in part and denied in part. Defendant shall respond to this interrogatory, however, said response shall be limited to complaints, judgments and initial attorney complaint or claim letters. Defendant shall provide a response to this interrogatory within fourteen (14) days of the date of this Order. If defendant wishes to assert a privilege regarding any document associated with this response, a full and complete privilege log shall be filed within fourteen (14) days of the date of this Order.

DATED: December 7, 1999

_____
BRIAN QUINN ROBBINS
UNITED STATES MAGISTRATE JUDGE

D\DISCMOT.ION\LUCAS.ORD