___ /Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL   3/3/00 FAXED

Case No. CV 99-1921-CM (BQRx)                Date March 3, 2000

Title  RONN LUCAS v. TY, INC.

====================================================================
DOCKET ENTRY
====================================================================

PRESENT:

        Hon. BRIAN QUINN ROBBINS, MAGISTRATE JUDGE

        Liz Padilla           N/A
        Deputy Clerk        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                       N/A


PROCEEDINGS: (IN CHAMBERS)

    IT IS HEREBY ORDERED that the hearing set for March 3, 2000 at 3:00 p.m. on plaintiff's motion to compel is VACATED. A new hearing date has been set for March 7, 2000 at 3:00 p.m.

                         Initials of Deputy Clerk


cc:  Judge Robbins
     Parties of Record


D\DISCMOT.ION\LUCAS2.MO


MAR - 6 2000

