

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RONN LUCAS, | Case No. CV 99-1921-CM (BQRx) |
| Plaintiffs, | |
| v. | ORDER |
| TY, INC., | PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS GRANTED IN PART AND |
| Defendants. | DENIED IN PART |

After review of the Stipulation filed pursuant to Local Rule 7.15.2, the Court HEREBY ISSUES the following Order.

This Court shall follow the doctrine enunciated in the case of <u>Dunhall Pharmaceuticals, Inc. v. Discus Dental, Inc</u>, 994 F.Supp. 1202, (C.D. Cal. 1998). Because of defendants' reliance on the opinion of counsel in this matter the Court will find that for the relevant subject matter the attorney-client privilege is waived.

1  The defendant has waived the privilege as to all materials and
2  communications by defendants counsel that relates to any legal
3  opinion in this matter. Id. at 1206.

5  For documents for which the work product doctrine is asserted
6  the Court finds that the work product doctrine is waived up until
7  the date that the present lawsuit was filed. That date is February
8  23, 1999. Subsequent to February 23, 1999 the work product doctrine
9  is sustained so as to allow counsel and defendant to engage in
10 appropriate trial preparation which includes analysis of the
11 strength and weaknesses of defendant's case. Id. at 1205-06.

13 PLAINTIFF'S REQUESTS FOR PRODUCTION
14 Plaintiff's request for production No. 5: Defendant shall
15 produce all responsive documents within fourteen (14) of the date of
16 this Order. The assertion of the attorney-client privilege and work
17 product doctrine are HEREBY OVER RULED except for work product
18 doctrine documents dated or prepared subsequent to February 23,
19 1999.

21 PLAINTIFF'S INTERROGATORIES
22 Plaintiff's Interrogatory No. 15: Defendant shall prepare a
23 supplemental response to this interrogatory within fourteen (14)
24 days of the date of this Order.

26 DEPOSITION OF MR. TY WARNER
27 Mr. Ty Warner shall be deposed in this case. Said deposition
28 shall be scheduled within twenty-one (21) days of the date of this

1 | Order unless otherwise agreed to by the parties. Said deposition
2 | shall be limited to one day. Said deposition shall begin no earlier
3 | than 9:30 a.m. and conclude no later than 5:30 p.m. with a one hour
4 | lunch break and appropriate rest breaks unless otherwise stipulated
5 | to by the parties.

7 | DATED: March 7, 2000

BRIAN QUINN ROBBINS
UNITED STATES MAGISTRATE JUDGE

18 | D\DISCMOT.ION\LUCAS2.ORD