UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV99-1921 CM (BQRx)        Date: March 7, 2000

Title:   Ronn Lucas vs. Ty, Inc.

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

=============================================================
DOCKET ENTRY
=============================================================

PRESENT:    Hon. **BRIAN QUINN ROBBINS**, MAGISTRATE JUDGE

   Liz Padilla                    #00-10(1920-5332)
   Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

   Kenneth A. Feinswog               Bruce A. Isaacs


PROCEEDING:  Plaintiff's Motion to Compel Production of Documents and
             Information


        Counsel for Plaintiff present.

        For the reasons stated on the record, plaintiff's Motion to Compel Production and Information Pursuant to a Request for Production of Documents was Granted in Part and Denied in part. Separate to issue.



cc:  Judge Moreno
     Parties of Record

MINUTES FORM 11                                    Initials of Deputy Clerk _____
CIVIL-GEN