1 Bruce Isaacs, Esq., State Bar No. 100926
2 Susan S. Bazar-Baker, Esq., State Bar No. 186349
  WYMAN, ISAACS, BLUMENTHAL & LYNNE LLP
3 8840 Wilshire Boulevard, Second Floor
4 Beverly Hills, California 90211
  (310) 358-3221
5
6 Attorneys for Defendant TY INC.

**ORIGINAL**

___ Priority
✓  Send
___ Clsd
✓  Enter
✓  JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JUN - 6 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RONN LUCAS, | ) | Case No. 99-01921 CM (BQRx) |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **OF ACTION PURSUANT TO** |
| vs. | ) | **FED.R.CIV.P. 41(a)(ii) AND** |
| | ) | **ORDER THEREON** |
| TY INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

___ Docketed
✓  Copies / NTC Sent
✓  JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

JUN - 6 2000

BI/TY-LUCAS/STIP RE DISMISSAL

1 | IT IS HEREBY STIPULATED, by and between all parties to the within
2 | action, through their respective counsel of record herein, that the above action be
3 | and hereby is dismissed with prejudice in its entirety pursuant to Fed.R.Civ.P.
4 | 41(a)(ii) with each side bearing its own attorney's fees and costs.

6 | Respectfully submitted,

8 | Date: June ___, 2000          KENNETH A. FEINSWOG

                                  _____
                                  Attorney for Plaintiff RONN LUCAS

13 | Date: May 31, 2000           WYMAN, ISAACS, BLUMENTHAL & LYNNE LLP

                                  [signature]
                                  _____
                                  Bruce Isaacs
                                  Susan Bazar-Baker
                                  Attorneys for Defendant TY INC.

19 | IT IS SO ORDERED.

22 | Date: 6/5/00                 [signature]
                                  _____
                                  HON. CARLOS MORENO
                                  UNITED STATES DISTRICT JUDGE

BI/TY-LUCAS/STIP RE DISMISSAL                1

1  IT IS HEREBY STIPULATED, by and between all parties to the within
2  action, through their respective counsel of record herein, that the above action be
3  and hereby is dismissed with prejudice in its entirety pursuant to Fed.R.Civ.P.
4  41(a)(ii) with each side bearing its own attorney's fees and costs.

6  Respectfully submitted,

8  Date: June _1_, 2000                    KENNETH A. FEINSWOG

10                                          _____
                                            Attorney for Plaintiff RONN LUCAS

12  Date: May 31, 2000                      WYMAN, ISAACS, BLUMENTHAL &
13                                          LYNNE LLP

15                                          _____
16                                          Bruce Isaacs
                                            Susan Bazar-Baker
17                                          Attorneys for Defendant TY INC.

19  IT IS SO ORDERED.

22  Date: _____           _____
23                                          HON. CARLOS MORENO
                                            UNITED STATES DISTRICT JUDGE

IUTY-LUCAS/STIP RE DISMISSAL                1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 8840 Wilshire Boulevard, Second Floor, Beverly Hills, California 90211.

On June 1, 2000, I served the document described as **"STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(ii) AND ORDER THEREON"**, upon the interested parties in this action in a sealed envelope addressed as follows:

>   Kenneth A. Feinswog, Esq.
>   2029 Century Park East
>   Suite 1260
>   Los Angeles, California 90067

__X__   **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

__—__   **(By Overnight Delivery)** I deposited this document in the box or other facility located at 8840 Wilshire Blvd., Second Floor, Beverly Hills, CA 90211 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

__—__   **(By Personal Service)** I delivered such envelope by hand to the offices of the addressee.

Executed on June 1, 2000, at Beverly Hills, California.

__—__   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Lina Pearmain_
LINA PEARMAIN